**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

American Alliance For Equal Rights
                                 Plaintiff,

v.                                                                Case No.: 1:25−cv−03980
                                                                        Honorable Joan B. Gottschall

American Bar Association
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendant's unopposed motion [20], filed July 7, 2025, for extension of time and to set briefing schedule is granted. By request of defendant, its motion [17] to dismiss the original complaint is denied as moot in light of the filing of the amended complaint [19] on June 25, 2025. Defendant's deadline to answer or otherwise respond to the amended complaint [19] is extended to and including July 30, 2025. By agreement, briefing on defendant's anticipated motion to dismiss the amended complaint will proceed as follows. Plaintiff's response is due by and including August 27, 2025. Defendant's reply, if any, is due by and including September 17, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.